# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR17-229-JLR |
| Plaintiff, | [PROPOSED] |
| v. | **FINAL ORDER OF FORFEITURE** |
| AGUSTIN DELGADO-IBARRA, and NELLY N. ROMERO-ROMERO, | |
| Defendants. | |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture ("Motion") for the following property:

1. $1,527.16 in U.S. funds seized on September 26, 2017 from JP Morgan Chase Bank Account No. 880580563, held in the name of Delgri Used Tires & Services; and,

2. $14,500 in United States currency that had been placed in a Volkswagen Jetta, bearing Washington License No. BEX3938, at Delgri Used Tires & Services on May 24, 2017, and was seized by law enforcement later than same day.

Final Order of Forfeiture - 1
U.S. v. Agustin Delgado-Ibarra & Nelly Romero-Romero, CR17-229-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Court, having reviewed the United States' Motion, as well as the other the papers and pleadings filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

- On May 29, 2018, the Court entered a Preliminary Order of Forfeiture finding the $14,500 in U.S. currency forfeitable pursuant to 21 U.S.C. § 853 and forfeiting the Defendant Nelly Romero-Romero's interest in it (Dkt. No. 312);
- On July 13, 2018, the Court entered a Preliminary Order of Forfeiture finding the $1,527.16 in U.S. funds and the $14,500 in U.S. currency forfeitable pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 982(a)(1), and forfeiting the Defendant Agustin Delgado-Ibarra's interest in them (Dkt. No. 364);
- Thereafter, the United States published notice of the pending forfeitures as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C) (Dkt. Nos. 356 & 379) and provided direct notice to two identified potential claimants as required by Fed. R. Crim. P. 32.2(b)(6)(A) (Declaration of AUSA Michelle Jensen in Support of Motion for Entry of a Final Order of Forfeiture, ¶ 2, Exs. A & B); and,
- No claims to the above-identified currency and funds have been filed, and the time for doing so has expired.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-identified currency and funds exists in any party other than the United States;

2. The currency and funds are fully and finally condemned and forfeited, in their entirety, to the United States; and,

Final Order of Forfeiture - 2
U.S. v. Agustin Delgado-Ibarra & Nelly Romero-Romero, CR17-229-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. The United States and/or its representatives are authorized to dispose of them as permitted by governing law.

IT IS SO ORDERED.

DATED this 26th day of October, 2018.

THE HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

MICHELLE JENSEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2242
Michelle.Jensen@usdoj.gov

Final Order of Forfeiture - 3
U.S. v. Agustin Delgado-Ibarra & Nelly Romero-Romero, CR17-229-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970