The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>AUGUSTIN DELGADO-IBARRA<br><br>Defendant. | NO.  CR17-229 JLR<br><br>ORDER GRANTING UNITED STATES' MOTION TO FILE A BRIEF IN EXCESS OF TWELVE PAGES |

The Court, having reviewed the Motion of the United States to File a Brief in Excess of Twelve Pages, hereby states:  IT IS HEREBY ORDERED that the Motion is GRANTED. The United States may file its Response to Augustin Delgado-Ibarra's Motion for Reduction in Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A) that does not exceed 13 pages in length.

DATED this 28th day of December, 2020.

_____
JAMES L. ROBART
United States District Court Judge

ORDER GRANTING UNITED STATES' MOTION TO
FILE A BRIEF IN EXCESS OF TWELVE PAGES /
*United States v. Delgado-Ibarra,* CR17-229 JLR     - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(2060 553-7970

1  Presented by:

2  */s/ Vincent T. Lombardi*
3  VINCENT T. LOMBARDI
   Assistant United States Attorney
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING UNITED STATES' MOTION TO
FILE A BRIEF IN EXCESS OF TWELVE PAGES /
*United States v. Delgado-Ibarra,* CR17-229 JLR   - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(2060) 553-7970