HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR17-229-JLR |
| Plaintiff, | |
| v. | ORDER GRANTING STIPULATED MOTION TO RENOTE MOTION FOR SENTENCE REDUCTION |
| AGUSTIN DELGADO-IBARRA, | |
| Defendant. | |

THIS COURT has considered the stipulated motion by the parties to renote Mr. Delgado-Ibarra's motion to reduce sentence to December 29, 2020, along with all the records in this case.

IT IS NOW ORDERED that the motion for a sentence reduction is noted for December 29, 2020.

DATED this 28th day of December 2020.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Michael Filipovic*
Federal Public Defender
Attorney for Agustin Delgado-Ibarra

ORDER TO RENOTE MOTION
FOR SENTENCE REDUCTION
(*United States v. Delgado-Ibarra*, CR17-229-JLR) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100