UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. CR17-229JLR |
| v. | ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A) |
| AGUSTIN DELGADO-IBARRA | (COMPASSIONATE RELEASE) |

Upon motion of the defendant for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission,

IT IS ORDERED that the motion is DENIED after complete review of the motion on the merits.

In deciding this motion the court considered the following factors: Defendant's age (49); Defendant's immigration and detainer status; the COVID-19 history and current status at Defendant's current BOP facility; Defendant's medical history, susceptibility to COVID-19, and current mental and physical conditions including alleged lung disease, body mass index, and pneumonia 11 years ago; the length of Defendant's sentence and amount of time served; Defendant's arguments regarding an increase in the harshness of custody time due to COVID-19; Defendant's risk to the welfare of the community; and the factors found in 18 U.S.C. § 3553(a).

IT IS SO ORDERED.

Dated:  January 11, 2021

JAMES L. ROBART
United States District Judge